UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Fortunato )<br>　　　　Plaintiff,　　) | |
| v.　　　　　　　　　) | CIVIL ACTION NO. 15-13501-PBS |
| Akebia Therapeutics, Inc.et.al)<br>　　　　Defendants,　) | |

**ORDER- Note ORDER OF RECUSAL**

October 7, 2015

Saris, U.S.D.J.

　　Pursuant to 28 U.S.C. § 455(a), I inform the parties that Ropes & Gray provides my husband and me with personal accounting, trust/estate, tax, charitable and financial disclosure services. It is not representing me in any litigation, and I have been assured that there is an internal policy that no lawyer working on my personal matters will ever be involved in a case pending before me.  The firm has also erected a Chinese wall barring access to my personal data.

　　I am not required to disqualify myself from litigation in which Ropes & Gray appears pursuant to 28 U.S.C. § 455(b), but my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a).  I am bringing this information to the attention of counsel so that they may inquire and, after consultation with the client, determine whether to waive any objections pursuant to 28 U.S.C. § 455(e).  See Canon 3D of the Code of Conduct for United

States Judges (remittal of disqualification); II Administrative Office of the U.S. Courts, *Guide to Judicial Policies and Procedures*, Ch. V, § 3.6-2 (June 15, 1999, revised through November 7, 2001) (compendium); In re Cargill, 66 F.3d 1256 (1st Cir. 1995).  Any objection should be filed within one week.

                                             /s/ Patti B. Saris
                                             PATTI B. SARIS
                                             United States District Judge