**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY FORTUNATO, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>AKEBIA THERAPEUTICS, INC., JOHN P. BUTLER, JASON A. AMELLO, MUNEER A. SATTER, CAMPBELL MURRAY, M.D., JACK NIELSEN, ANUPAM DALAL, M.D., GIOVANNI FERRARA, KIM DUEHOLM, PH.D., DUANE NASH, M.D., MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, AND NOMURA SECURITIES INTERNATIONAL, INC.<br><br>Defendants. | Civil Action No. 15-cv-13501 |

**STIPULATION & [PROPOSED] ORDER**

Plaintiff Anthony Fortunato ("Plaintiff") and Defendants Akebia Therapeutics, Inc. ("Akebia"), John P. Butler, Jason A. Amello, Muneer A. Satter, Campbell Murray, Jack Nielsen, Anupam Dalal, Giovanni Ferrara, Kim Dueholm, Duane Nash (collectively, the "Individual Defendants," and together with Akebia, the "Akebia Defendants"), Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, UBS Securities LLC, and Nomura Securities International, Inc. (together, the "Underwriter Defendants," and together with the Akebia Defendants, "Defendants"), respectfully submit this Stipulation and [Proposed] Order (i) to establish a briefing schedule for Plaintiff's anticipated motion to remand this matter to the Business Litigation Session of the Suffolk County Superior Court of the Commonwealth of Massachusetts, and (ii) to enlarge the time within which the Defendants may answer, move or otherwise respond to Plaintiff's Complaint. As grounds therefor, the parties state:

1. Plaintiff filed his Complaint in the above-captioned putative class action (the "Action") on September 3, 2015, in the Business Litigation Session of the Suffolk County Superior Court of the Commonwealth of Massachusetts. The Complaint asserted claims against Defendants arising under Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended ("Securities Act"), and claims against the Individual Defendants arising under Section 15 of the Securities Act.

2. On October 5, 2015, the Akebia Defendants filed a Notice of Removal removing the Action to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. Also on October 5, 2015, the Underwriter Defendants filed a written consent to removal.

3. On October 5, 2015, following the filing of the Notice of Removal, counsel for all parties conferred regarding the removal and a response to the Complaint. Plaintiff's counsel indicated Plaintiff's intention to file a motion to remand the Action to the Business Litigation Session of the Suffolk County Superior Court. The parties agreed to jointly propose a briefing schedule for the anticipated motion to remand and a schedule for Defendants' responses to the Complaint.

4. Plaintiff and all Defendants now stipulate to the following:

a. Plaintiff will file a motion to remand on or before October 14, 2015.

b. Defendants will file their oppositions to the motion to remand on or before November 13, 2015.

c. Plaintiff will file any reply to Defendants' oppositions on or before December 4, 2015.

d. Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint will be adjourned *sine die* pending an order resolving Plaintiff's motion for remand.

e. The Defendants specifically reserve all defenses to the Action.

WHEREFORE, the parties respectfully request that the Court enter an order establishing the agreed-upon schedule for Plaintiff's anticipated motion to remand this matter to the Suffolk County Superior Court and for Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint. A proposed order is appended hereto.

Dated: October 9, 2015

Respectfully submitted,

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO #130950)
Jesse M. Boodoo (BBO #678471)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Fax: (617) 951-7050
john.donovan@ropesgray.com
jesse.boodoo@ropesgray

*Attorneys for Defendants Akebia Therapeutics, Inc., John P. Butler, .Jason A. Amelio, Muneer A Satter, Campbell Murray, Jack Nielsen, Anupam Dalal, Giovanni Ferrara, Kim Dueholm, and Duane Nash*

_/s/_David S. Clancy_____________________
James R. Carroll (BBO #554426
David S. Clancy (BBO #636031)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Tel: (617) 573-4800
Fax: (617) 573-4822
james.carroll@skadden.com
david.clancy@skadden.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Credit Suisse Securities (USA) LLC, UBS Securities LLC, and Nomura Securities International, Inc.*

_/s/_Jason M. Leviton_____________________
Jason M. Leviton (BBO #678331)
Jacob A. Walker (BBO #688074)
155 Federal Street, Suite 400
Boston, MA 02110
Tel: (617) 398-5600

Fax: (617) 507-6020
jason@blockesq.com
jake@blockesq.com

Joseph P. Guglielmo (BBO #671410)
Thomas L. Laughlin
Joseph V. Halloran
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
tlaughlin@scott-scott.com
jhalloran@scott-scott.com

*Attorneys for Plaintiff Anthony Fortunato*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANTHONY FORTUNATO, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>AKEBIA THERAPEUTICS, INC., JOHN P. BUTLER, JASON A. AMELLO, MUNEER A. SATTER, CAMPBELL MURRAY, M.D., JACK NIELSEN, ANUPAM DALAL, M.D., GIOVANNI FERRARA, KIM DUEHOLM, PH.D., DUANE NASH, M.D., MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, UBS SECURITIES LLC, AND NOMURA SECURITIES INTERNATIONAL, INC.<br><br>Defendants. | Civil Action No. 15-cv-13501 |

**[PROPOSED] ORDER**

This Court, having reviewed the parties' Stipulation, and good cause appearing for the relief requested, hereby ORDERS that briefing on Plaintiff's anticipated motion to remand this matter to the Business Litigation Session of the Suffolk County Superior Court shall proceed as follows:

a. Plaintiff will file a motion to remand on or before October 14, 2015.

b. Defendants will file their oppositions to the motion to remand on or before November 13, 2015.

c. Plaintiff will file any reply to Defendants' oppositions on or before December 4, 2015.

This Court further orders that Defendants' time to answer or otherwise respond to Plaintiff's Complaint will be adjourned *sine die* pending an order resolving Plaintiff's

forthcoming motion to remand this action to the Business Litigation Session of the Suffolk County Superior Court. SO ORDERED.

Dated: October _____, 2015

_______________________________
The Hon. Patti B. Saris
United States District Judge