UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY FORTUNATO, Individually and   :
On Behalf of All Other Persons Similarly
Situated,   :
          Plaintiff,              Civil Action
      v.   :  No. 15-13501-PBS

AKEBIA THERAPEUTICS, INC., JOHN P.   :
BUTLER, JASON A. AMELLO, MUNEER
A. SATTER, CAMPBELL MURRAY, M.D.,   :
JACK NIELSEN, ANUPAM DALAL, M.D.,
GIOVANNI FERRARA, KIM DUEHOLM,   :
PH.D., DUANE NASH, M.D., MORGAN
STANLEY & CO. LLC, CREDIT SUISSE   :
SECURITIES (USA) LLC, UBS
SECURITIES LLC, and NOMURA   :
SECURITIES INTERNATIONAL, INC.,
  :
      Defendants.
  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for defendants Morgan Stanley

& Co. LLC, Credit Suisse Securities (USA) LLC, UBS Securities LLC, and Nomura Securities

International, Inc. in the above-captioned action.

Dated: November 13, 2015
      Boston, Massachusetts

Respectfully submitted,

/s/ Aaron T. Morris
Aaron T. Morris (BBO #685076)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
aaron.morris@skadden.com

Counsel for Defendants
Morgan Stanley & Co. LLC, Credit Suisse
Securities (USA) LLC, UBS Securities LLC,
and Nomura Securities International, Inc.

---

### CERTIFICATE OF SERVICE

I, Aaron T. Morris, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 13, 2015.

Dated: November 13, 2015   /s/ Aaron T. Morris
                         Aaron T. Morris