**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Anthony Fortunato
Plaintiff

V.

Akebia Therapeutics, Inc. et.al.
Defendants

CIVIL ACTION

NO. 1:15-cv-13501-PBS

**ORDER OF REMAND**

SARIS, Chief Judge,

Pursuant to the allowance of Plaintiff's Motion to Remand on April 29, 2016, this case is hereby remanded to the Suffolk Superior Court.

SO ORDERED.

By the Court,

April 29, 2016 /s/ C. Geraldino-Karasek

Date Deputy Clerk